IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dale Mesta | ) | |
| Amy Metsa, | ) | Case No. 17-25101 |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Dale Mesta, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-7864 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Dynamet Inc. USA, and Ronda J. | ) | |
| Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## MOTION FOR ORDER TO PAY TRUSTEE
## PURSUANT TO WAGE ATTACHMENT

Dale & Amy Mesta, the Debtors, respectfully represents as follows:

1. A Chapter 13 case was filed on December 22, 2017.
2. It appears that the Debtor receives regular income, which may be attached under 11 USC Section 1326 to fund the Chapter 13 plan.
3. The likelihood of success in the case will be much greater if the Debtor's income is attached to fund the plan.

WHEREFORE, Dale & Amy Mesta, the Debtors, respectfully requests that this Court enter an Order to Pay Trustee in the form attached.

                                                    Respectfully submitted,

February 28, 2018                      /s/ Julie Steidl
       DATE                                   Julie Steidl, Esquire
                                                    Attorney for the Debtor
                                                    STEIDL & STEINBERG
                                                    Suite 2830, Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA 15219
                                                    (412) 391-8000
                                                    Julie.steidl@steidl-steinberg.com
                                                    PA I.D. No. 35937