IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dale Mesta | ) | |
| Amy Metsa, | ) | Case No. 17-25101 |
|     *Debtors* | ) | Chapter 13 |
| | ) | |
| Dale Mesta, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-7864 | ) | |
|     *Movant* | ) | |
| | ) | |
|     *vs.* | ) | Related to Document No. 33 |
| | ) | |
| Dynamet Inc. USA, and Ronda J. | ) | |
| Winnecour, Trustee | ) | |
|     *Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 9, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Dynamet Inc. USA
Attn: Payroll Dept.
195 Museum Road
Washington, PA 15301

Date of Service:    March 9, 2018    /s/ Julie Steidl
    Julie Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    julie.steidl@steidl-steinberg.com