**Form 236**

|  | UNITED STATES BANKRUPTCY COURT | 42 |
|---|---|---|
|  | WESTERN DISTRICT OF PENNSYLVANIA | bsil |

In re:                                                                                     Bankruptcy Case No.: 17−25101−CMB

Chapter: 13

**Dale Mesta**
   Debtor(s)                                                                Amy Mesta

## NOTICE OF CORRECTION OF SOCIAL SECURITY NUMBER IN BANKRUPTCY FILING

**Date:** March 19, 2018

| | **Debtor** | | | **Joint Debtor** | |
|---|---|---|---|---|---|
| ☑ | Dale Mesta | xxx−xx−7864 | ☐ | Amy Mesta | xxx−xx−6048 |

The Social Security Number for the above checked individual was incorrectly entered into the Court's automated database. The correct social security number is displayed beside the name.

Please correct your records.

                                                   Michael R. Rhodes
                                                 Clerk, U.S. Bankruptcy Court
                                                 5414 U.S. Steel Tower
                                                 600 Grant Street
                                                 Pittsburgh, PA 15219
                                                 412−644−2700

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-25101-CMB
Dale Mesta                                                            Chapter 13
Amy Mesta
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                Page 1 of 2             Date Rcvd: Mar 19, 2018
                              Form ID: 236              Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
```
db/jdb         +Dale Mesta,    Amy Mesta,    33 Ladera Drive,    Bethel Park, PA 15102-1119
cr             +Bethel Park School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Municipality of Bethel Park,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14749239       +American Express,    Po Box 1270,    Newark, NJ 07101-1270
14776214        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14782683       +American Water,    c/o Pennsylvania American Water,    PO Box 371880,    Pittsburgh, PA 15250-7880
14749240      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Po Box 15019,    Wilmington, DE 19886)
14749241       +Best Buy Credit Services,    Po Box 9001007,    Louisville, KY 40290-1007
14791503       +Bethel Park School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14749242       +Capital One,    Po Box 71083,    Charlotte, NC 28272-1083
14779172        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14776213        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14749243       +Chase Cardmember Serivce,    Po Box 1423,    Charlotte, NC 28201-1423
14749244       +Citi Bank,    Po Box 9001037,    Louisville, KY 40290-1037
14780816       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14749246       +Home Depot,    Po Box 9001010,    Louisville, KY 40290-1010
14749249       +Macy’s,    Po Box 78008,    Phoenix, AZ 85062-8008
14791502       +Municipality of Bethel Park,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14749250       +NTB Credit Plan,    Po Box 9001006,    Louisville, KY 40290-1006
14749251        PA American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14768115       +PNC,    PO Box 94982,    Cleveland, OH 44101-4982
14749253       +PNC Bank,    Po Box 747032,    Pittsburgh, PA 15274-7032
14749254       +PNC Everyday Rewards,    P.O. box 856177,    Louisville, KY 40285-6177
14749255       +PNC Flex Visa,    PNC Bank,    Po Box 856177,    Louisville, KY 40285-6177
14749256       +PNC Home Equity,    PNC Bank,    Po Box 747032,    Pittsburgh, PA 15274-7032
14749252        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14749261      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota,    Toyota Financial Services,    Po Box 5855,
                 Carol Stream, IL 60197)
14749260       +Thomas Davis,    160 Highview Dr.,    Pittsburgh, PA 15241-1637
14767295       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14749262        Verizon,    500 Technology Drive, Suite 550,    Water Spring, MO 66304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14749245       +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 02:09:27      Dick’s,    Synchrony Bank/ROS,
                 Po Box 960012,    Orlando, FL 32896-0012
14749247       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 20 2018 01:52:45       Kohl’s,    Po Box 2983,
                 Milwaukee, WI 53201-2983
14782917        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2018 02:07:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14749248        E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 02:07:41      Lowes/Synchrony Bank,
                 PO Box 530914,    Atlanta, GA 30353-0914
14749719       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2018 02:07:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14779208        E-mail/Text: bnc-quantum@quantum3group.com Mar 20 2018 01:52:55
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14749257       +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 02:09:28      Sam’s Club/Synchrony Bank,
                 Po Box 530942,    Atlanta, GA 30353-0942
14749258        E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 02:09:27      Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
14749259       +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 02:07:41      Synchrony Bank/Levin,
                 Po Box 960061,    Orlando, FL 32896-0061
14784644        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2018 02:10:03       Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14749263       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 20 2018 01:53:23      West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
14768126       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 20 2018 01:53:23      West Penn Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15601-1689
                                                                                               TOTAL: 12
```

```
District/off: 0315-2           User: bsil                 Page 2 of 2                 Date Rcvd: Mar 19, 2018
                               Form ID: 236               Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14768101*      +American Express,    Po Box 1270,    Newark, NJ 07101-1270
14768102*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    Po Box 15019,    Wilmington, DE 19886)
14768103*      +Best Buy Credit Services,    Po Box 9001007,    Louisville, KY 40290-1007
14768104*      +Capital One,    Po Box 71083,    Charlotte, NC 28272-1083
14768105*      +Chase Cardmember Serivce,    Po Box 1423,    Charlotte, NC 28201-1423
14768106*      +Citi Bank,    Po Box 9001037,    Louisville, KY 40290-1037
14768107*      +Dick's,    Synchrony Bank/ROS,    Po Box 960012,    Orlando, FL 32896-0012
14768108*      +Home Depot,    Po Box 9001010,    Louisville, KY 40290-1010
14768109*      +Kohl's,    Po Box 2983,    Milwaukee, WI 53201-2983
14768110*       Lowes/Synchrony Bank,    PO Box 530914,    Atlanta, GA 30353-0914
14768111*      +Macy's,    Po Box 78008,    Phoenix, AZ 85062-8008
14768112*      +NTB Credit Plan,    Po Box 9001006,    Louisville, KY 40290-1006
14768113*       PA American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14768116*      +PNC Bank,    Po Box 747032,    Pittsburgh, PA 15274-7032
14768117*      +PNC Everyday Rewards,    P.O. box 856177,    Louisville, KY 40285-6177
14768118*      +PNC Flex Visa,    PNC Bank,    Po Box 856177,    Louisville, KY 40285-6177
14768119*      +PNC Home Equity,    PNC Bank,    Po Box 747032,    Pittsburgh, PA 15274-7032
14768114*       Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14768120*      +Sam's Club/Synchrony Bank,    Po Box 530942,    Atlanta, GA 30353-0942
14768121*       Synchrony Bank/Amazon,    PO Box 960013,    Orlando, FL 32896-0013
14768122*      +Synchrony Bank/Levin,    Po Box 960061,    Orlando, FL 32896-0061
14768124*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota,    Toyota Financial Services,    Po Box 5855,
                 Carol Stream, IL 60197)
14768123*      +Thomas Davis,    160 Highview Dr.,    Pittsburgh, PA 15241-1637
14768125*       Verizon,    500 Technology Drive, Suite 550,    Water Spring, MO 66304
                                                                                              TOTALS: 1, * 25, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
           cnoroski@grblaw.com
          Julie Frazee Steidl    on behalf of Debtor Dale  Mesta julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com
          Julie Frazee Steidl    on behalf of Joint Debtor Amy  Mesta julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```