# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | DALE MESTA |
|---|---|
| CASE NO. | 17-25101-CMB |
| RELATED TO DOCUMENT NO. | 75 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change (Official Form 410S1) that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The form Part 2, question 2 is blank and must be completed.

You must file The Notice of Mortgage Payment Change within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in the bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

| April 9, 2019 | By: | Bonnie L. Silvis |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-25101-CMB
Dale Mesta                                                                Chapter 13
Amy Mesta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: Apr 09, 2019
                             Form ID: pdf901         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
         +Casie Hudak,    PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Julie Frazee Steidl    on behalf of Debtor Dale  Mesta julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Julie Frazee Steidl    on behalf of Joint Debtor Amy  Mesta julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8