## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DALE MESTA                                         Case No. 17-25101CMB

AMY MESTA

               Debtor(s)

RONDA J. WINNECOUR,                                Chapter 13

Standing Chapter 13 Trustee,

               Movant                          Document No __

vs.

MUNICIPALITY OF BETHEL PARK (RE)

           Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

     The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

MUNICIPALITY OF BETHEL PARK (RE)            Court claim# 20/Trustee CID# 32
C/O JORDAN TAX SVC - DLNQ YRS
102 RAHWAY RD
MCMURRAY, PA 15317

The Movant further certifies that on 07/25/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                             /s/ Ronda J. Winnecour
                             RONDA J WINNECOUR PA ID #30399
                             CHAPTER 13 TRUSTEE WD PA
                             600 GRANT STREET
cc:  debtor(s)                              SUITE 3250 US STEEL TWR
     original creditor                      PITTSBURGH, PA  15219
     putative creditor                      (412) 471-5566
     counsel for debtor(s)                  cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
DALE MESTA, AMY MESTA, 33
LADERA DRIVE, BETHEL PARK, PA
15102

DEBTOR'S COUNSEL:
JULIE FRAZEE STEIDL ESQ**, STEIDL
& STEINBERG**, 707 GRANT ST STE
2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GOEHRING
ET AL, 437 GRANT ST 14TH FL,
PITTSBURGH, PA  15219-6107

ORIGINAL CREDITOR:
MUNICIPALITY OF BETHEL PARK
(RE), C/O JORDAN TAX SVC - DLNQ
YRS, 102 RAHWAY RD, MCMURRAY,
PA  15317

NEW CREDITOR: