**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DALE MESTA<br>AMY MESTA | Case No. 17-25101CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>MUNICIPALITY OF BETHEL PARK (RE) | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| MUNICIPALITY OF BETHEL PARK (RE)<br>C/O JORDAN TAX SVC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 20/Trustee CID# 33 |

The Movant further certifies that on 07/25/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S):<br>DALE MESTA, AMY MESTA, 33 LADERA DRIVE, BETHEL PARK, PA 15102 | DEBTOR'S COUNSEL:<br>JULIE FRAZEE STEIDL ESQ**, STEIDL & STEINBERG**, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
|---|---|
| ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GOEHRING ET AL, 437 GRANT ST 14TH FL, PITTSBURGH, PA  15219-6107 | ORIGINAL CREDITOR:<br>MUNICIPALITY OF BETHEL PARK (RE), C/O JORDAN TAX SVC - DLNQ YRS, 102 RAHWAY RD, MCMURRAY, PA  15317 |
| NEW CREDITOR: | |