Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dale Mesta
Amy Mesta**
 Debtor(s)

Bankruptcy Case No.: 17−25101−CMB

Chapter: 13
Docket No.: 126 − 125
Concil. Conf.: March 18, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 19, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 6, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 18, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 5, 2021

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dale Mesta  
Amy Mesta  
    Debtor(s)

Case No. 17-25101-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 4  
Date Rcvd: Jan 05, 2021      Form ID: 410      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Mesta, Amy Mesta, 33 Ladera Drive, Bethel Park, PA 15102-1119 |
| cr | + | Bethel Park School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Municipality of Bethel Park, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14749239 | + | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14776214 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14782683 | + | American Water, c/o Pennsylvania American Water, PO Box 371880, Pittsburgh, PA 15250-7880 |
| 14749240 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14749241 | + | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14791503 | + | Bethel Park School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14776213 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14749244 | + | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14780816 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14749246 | + | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14791502 | + | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14749250 | + | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14749251 | | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14749253 | + | PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14749254 | + | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14749255 | + | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14749256 | + | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14749252 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14749261 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197 |
| 14749260 | + | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |
| 14767295 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 02:41:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2021 02:40:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14749242 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 02:23:01 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14779172 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| District/off: 0315-2 | User: dsaw | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 410 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 06 2021 02:23:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14982338 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 02:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14749245 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:15:46 | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14749243 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 06 2021 02:19:20 | Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14749247 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 06 2021 02:40:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14782917 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:19:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14749248 | | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:15:46 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768115 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2021 02:40:00 | PNC, PO Box 94982, Cleveland, OH 44101 |
| 14749719 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 02:19:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14779208 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 02:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14749257 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:19:19 | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14749258 | | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:19:19 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14749259 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:15:46 | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14784644 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 02:19:57 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14749262 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 06 2021 02:40:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14749263 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 06 2021 02:42:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 14768126 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 06 2021 02:42:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768101 | *+ | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14768102 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14768103 | *+ | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14768104 | *+ | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14768106 | *+ | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14749249 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14768111 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, Po Box 78008, Phoenix, AZ 85062 |

| | | |
|---|---|---|
| 14768107 | *+ | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14768108 | *+ | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14768105 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14768109 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14768110 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768112 | *+ | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14768113 | * | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768116 | *+ | PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14768117 | *+ | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14768118 | *+ | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14768119 | *+ | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14768114 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14768120 | *+ | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14768121 | * | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14768122 | *+ | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14768124 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197 |
| 14768123 | *+ | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |
| 14768125 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |

TOTAL: 1 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
  on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Jeffrey R. Hunt
  on behalf of Creditor Bethel Park School District jhunt@grblaw.com    cnoroski@grblaw.com

Jeffrey R. Hunt
  on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com    cnoroski@grblaw.com

Julie Frazee Steidl
  on behalf of Debtor Dale Mesta julie.steidl@steidl-steinberg.com
  leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Julie Frazee Steidl
  on behalf of Joint Debtor Amy Mesta julie.steidl@steidl-steinberg.com
  leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: dsaw | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 410 | Total Noticed: 45 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9