IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dale Mesta | ) | |
| Amy Metsa, | ) | Case No. 17-25101 |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Dale Mesta, | ) | Related to Document No. 135 |
| Social Security No. XXX-XX-7864 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Dynamet Inc. USA, and Ronda J. | ) | |
| Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 22, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Dale Mesta
33 Ladera Drive
Bethel Park, PA 15102

Dynamet Inc. USA
Attn: Payroll Dept.
195 Museum Road
Washington, PA 15301

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    February 22, 2021    /s/ Julie Frazee Steidl
                                         Julie Frazee Steidl, Esquire
                                         STEIDL & STEINBERG
                                         28th Floor, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         julie.steidl@steidl-steinberg.com
                                         PA I.D. No. 35937