Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dale Mesta
Amy Mesta**
   Debtor(s)

Bankruptcy Case No.: 17−25101−CMB
3/18/2021
Chapter: 13
Docket No.: 139 − 126, 133
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 2/16/2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PNC (acct. 0810) to be paid $200/mos − from month one in place of declaration, Toyota Motor Credit Cl @ 0% int. .

☑ H. Additional Terms: Fee application needed if any fee (including retainer) exceed $4,000 including any fees paid to prior counsel. Bethel Park SD Cl. #21 No further payments; prior payments proper and are ratified remaining no−look atty. fee is $3,225.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)   IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 19, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dale Mesta  
Amy Mesta  
    Debtors

Case No. 17-25101-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 4  
Date Rcvd: Mar 19, 2021     Form ID: 149     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Mesta, Amy Mesta, 33 Ladera Drive, Bethel Park, PA 15102-1119 |
| cr | + | Bethel Park School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Municipality of Bethel Park, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14749239 | + | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14776214 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14782683 | + | American Water, c/o Pennsylvania American Water, PO Box 371880, Pittsburgh, PA 15250-7880 |
| 14749240 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14791503 | + | Bethel Park School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14776213 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14791502 | + | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14749250 | + | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14749251 | | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14749253 | + | PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14749254 | + | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14749255 | + | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14749256 | + | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14749252 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14749261 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197 |
| 14749260 | + | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |
| 14767295 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2021 03:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2021 03:52:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14749241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2021 04:07:53 | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14749242 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 20 2021 04:04:54 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14779172 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 20 2021 04:04:54 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14749244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 17-25101-CMB    Doc 141    Filed 03/21/21    Entered 03/22/21 00:34:41    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: dsaw | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 149 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 20 2021 04:05:29 | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14780816 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2021 04:07:57 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14749249 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2021 04:22:27 | Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14982338 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2021 03:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14749245 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2021 02:59:46 | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14749246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2021 04:15:59 | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14749243 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 20 2021 02:45:32 | Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14749247 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2021 03:52:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14782917 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2021 04:05:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14749248 | | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2021 02:59:47 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768115 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2021 03:52:00 | PNC, PO Box 94982, Cleveland, OH 44101 |
| 14749719 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2021 04:20:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14779208 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2021 03:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14749257 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2021 03:12:59 | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14749258 | | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2021 02:45:27 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14749259 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2021 02:59:48 | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14784644 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 20 2021 04:06:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14749262 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 20 2021 03:51:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14749263 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 20 2021 03:52:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 14768126 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 20 2021 03:52:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768101 | *+ | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14768102 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |

| District/off: 0315-2 | User: dsaw | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 149 | Total Noticed: 46 |

| | | |
|---|---|---|
| 14768103 | *+ | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14768104 | *+ | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14768106 | *+ | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14768111 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14768107 | *+ | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14768108 | *+ | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14768105 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14768109 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14768110 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768112 | *+ | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14768113 | * | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768116 | *+ | PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14768117 | *+ | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14768118 | *+ | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14768119 | *+ | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14768114 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14768120 | *+ | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14768121 | * | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14768122 | *+ | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14768124 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197 |
| 14768123 | *+ | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |
| 14768125 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |

TOTAL: 1 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021                Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com   cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com   cnoroski@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Dale Mesta julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Julie Frazee Steidl | |

| District/off: 0315-2 | User: dsaw | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 149 | Total Noticed: 46 |

    on behalf of Joint Debtor Amy Mesta julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9