IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Dale Mesta | ) | |
| Amy Mesta, | ) | |
| *Debtors* | ) | Case No. 17-25101CMB |
| | ) | Chapter 13 |
| Dale Mesta | ) | |
| Amy Mesta, | ) | |
| *Movants* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 10, 2018 at docket numbers 46 and 47, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


June 6, 2023                              /s/ Dale Mesta
Date                                       Debtor




June 6, 2023                              /s/ Dale Mesta
Date                                       Debtor

Respectfully submitted,

<u>July 3, 2023</u>  /s/ Julie Frazee Steidl
DATE  Julie Frazee Steidl, Esquire
  Attorney for the Debtor
  STEIDL & STEINBERG
  Suite 2830, Gulf Tower
  707 Grant Street
  Pittsburgh, PA 15219
  (412) 391-8000
  julie.steidl@steidl-steinberg.com
  PA I.D. No. 35937

**PAWB Local Form 24 (07/13)**