**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
|   DALE MESTA | Case No.17-25101CMB |
| AMY MESTA | |
|       Debtor(s) | |
|   Ronda J. Winnecour, Trustee | |
|    Movant | Chapter 13 |
|       vs. | |
|   DALE MESTA | |
| AMY MESTA | Document No. _____197_____ |
| | |
|      Respondents | |

| **ORDER TO STOP PAYROLL DEDUCTIONS** |
|---|

AND NOW, this _____3rd_____ day of _____July_____ , 20 23 it is hereby ORDERED, ADJUDGED, and DECREED that,

Dynamet

Attention: Payroll Manager

195 Museum Road

Washington,PA 15301

is hereby ordered to immediately terminate the attachment of the wages of DALE MESTA, social security number

XXX-XX-7864. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DALE MESTA.

BY THE COURT:

_Carlota M. Böhm_                              **dmk**

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

FILED
7/3/23 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-25101-CMB

Dale Mesta                                                         Chapter 13

Amy Mesta

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                              Page 1 of 2

Date Rcvd: Jul 03, 2023                     Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Dale Mesta, Amy Mesta, 33 Ladera Drive, Bethel Park, PA 15102-1119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Dale Mesta julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Julie Frazee Steidl | |

on behalf of Joint Debtor Amy Mesta julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 9