IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO 17-25101-CMB |
| Dale Mesta and<br>Amy Mesta,<br>    Debtor(s). | Chapter 13<br><br>Related to Doc. No. 204 |
| Steidl and Steinberg, P.C.,<br>    Movant(s), | |
| vs. | |
| Office of the U.S. Trustee, et. al.,<br>    Respondent(s). | |

CONSENT ORDER OF COURT SETTLING PROSPECTIVE OBJECTION TO APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS

WHEREAS, Counsel for Debtors has filed an application for final compensation seeking additional fees of $18,175, which, in addition to previously requested and allowed amounts totaled $22,175;

WHEREAS, the Trustee has a balance on hand of $8,597.91 which includes $1,264.42 paid in over base;

WHEREAS the Trustee has advised Counsel of concerns with respect to the application;

WHEREAS, Counsel for Debtors has justified the time given the circumstances of the case, but has expressed a willingness to compromise;

WHEREAS, to avoid the time and expense of a formal objection the Parties (consisting of the Counsel for Debtors and Trustee) agree as follows:

    (a)    The total additional allowed compensation shall be $14,508.26.

    (b)    Notwithstanding the award and that it exceeds the balance on hand, Debtors Counsel shall be paid $4,931.17 out of the balance on hand. The remaining $3,666.74 shall be distributed to general unsecured creditors.

    (c)    Notwithstanding the award, and that it exceeds the amount that will be

paid, Debtors Counsel agrees to waive recover or collection on the remaining and unpaid $9,577.09.

  So Ordered this _____ day of _____, 20____

By the Court:

_____
U. S. Bankruptcy Judge

By: /s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

By: /s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
Suite 2830-Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
Counsel for Debtors