**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CASE NO 17-25101-CMB

Dale Mesta and                                      Chapter 13
Amy Mesta,
     Debtor(s).                                     Related to Doc. No. 204

Steidl and Steinberg, P.C.,
     Movant(s),

vs.
Office of the U.S. Trustee, et. al.,
     Respondent(s).

**CONSENT ORDER OF COURT SETTLING PROSPECTIVE OBJECTION TO
APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS**

WHEREAS, Counsel for Debtors has filed an application for final compensation
seeking additional fees of $18,175, which, in addition to previously requested and
allowed amounts totaled $22,175;

WHEREAS, the Trustee has a balance on hand of $8,597.91 which includes
$1,264.42 paid in over base;

WHEREAS the Trustee has advised Counsel of concerns with respect to the
application;

WHEREAS, Counsel for Debtors has justified the time given the circumstances
of the case, but has expressed a willingness to compromise;

WHEREAS, to avoid the time and expense of a formal objection the Parties
(consisting of the Counsel for Debtors and Trustee) agree as follows:

(a)     The total additional allowed compensation shall be $14,508.26.

(b)     Notwithstanding the award and that it exceeds the balance on hand,
Debtors Counsel shall be paid $4,931.17 out of the balance on hand. The remaining
$3,666.74 shall be distributed to general unsecured creditors.

(c)     Notwithstanding the award, and that it exceeds the amount that will be

paid, Debtors Counsel agrees to waive recover or collection on the remaining and unpaid $9,577.09.

So Ordered this ___19th___ day of ___September___, 20__23__

By the Court:

_____
U. S. Bankruptcy Judge

By: /s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

By: /s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
Suite 2830-Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
julie.steidl@steidl-steinberg.com
**Counsel for Debtors**

FILED
9/19/23 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-25101-CMB

Dale Mesta                                                                      Chapter 13

Amy Mesta

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                              Page 1 of 2
Date Rcvd: Sep 19, 2023                     Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Mesta, Amy Mesta, 33 Ladera Drive, Bethel Park, PA 15102-1119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Dale Mesta julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

Julie Frazee Steidl
on behalf of Joint Debtor Amy Mesta julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9