IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Dale Mesta | ) | Case No. 17-25101 CMB |
| Amy Mesta | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, American Express, American Water, Bank of | ) | |
| America, Best Buy Credit Services, Bethel Park School | ) | |
| District, Capital One, JP Morgan Chase, Citi Bank, | ) | |
| Dept. Stores National Bank, Dick's, Home Depot, | ) | |
| Kohl's, LVNV Funding, Lowes/Synchrony Bank/Sam's | ) | |
| Club/Amazon/Levin, Municipality of Bethel Park, NTB | ) | |
| Credit Plan, PA American Water, PNC Bank Retail | ) | |
| Lending, PNC Everyday Rewards, PNC Flex Visa, PNC | ) | |
| Home Equity, PRA Receivables Management, PA Dept. | ) | |
| of Revenue, Peoples Gas, Quantum3 Group LLC, | ) | |
| Toyota Motor Credit, Verizon, West Penn Power | ) | |
|     Respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this _____5th_____ day of __October_____, 2023, it is hereby

ORDERED, ADJUDGED, and DECREED that:

1) The hearing scheduled for October 5, 2023, at 1:30 on the Application for Final

    Compensation by Counsel for Debtors is hereby CANCELLED as the matter has been

    resolved by the Order entered at docket number 210.

FILED
10/5/23 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
dmk
Hon. Carlota M. Böhm
U.S. Bankruptcy Judge