**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DALE MESTA <br> AMY MESTA <br>    Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>    Movant <br>    vs. <br> No Respondents. | Case No.:17-25101 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


October 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/22/2017 and confirmed on 3/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 120,000.88 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 120,000.88 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,156.17 | |
|   Trustee Fee | 5,304.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,460.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 13,600.00 | 0.00 | 13,600.00 |
|     Acct: 0810 | | | | |
|   PNC BANK NA | 0.00 | 66,300.00 | 0.00 | 66,300.00 |
|     Acct: 0763 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 254.30 | 254.30 | 43.86 | 298.16 |
|     Acct: P245 | | | | |
|   MUNICIPALITY OF BETHEL PARK (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: P245 | | | | |
|   MUNICIPALITY OF BETHEL PARK (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: P245 | | | | |
|   BETHEL PARK SD (BETHEL) (RE) | 550.73 | 550.73 | 113.19 | 663.92 |
|     Acct: P245 | | | | |
|   BETHEL PARK SD (BETHEL) (RE) | 69.91 | 69.91 | 0.00 | 69.91 |
|     Acct: P245 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 11,620.97 | 11,620.97 | 0.00 | 11,620.97 |
|     Acct: 8764 | | | | |
| | | | | 92,552.96 |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DALE MESTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,225.00 | 3,225.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,931.17 | 4,931.17 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-23 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 2,992.42 | 608.34 | 0.00 | 608.34 |
|     Acct: 1008 | | | | |
|   BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9750 | | | | |
|   BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 7924 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 4,248.20 | 863.63 | 0.00 | 863.63 |
| | Acct: 0015 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4862 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,502.67 | 305.48 | 0.00 | 305.48 |
| | Acct: 5874 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 5,920.85 | 1,203.67 | 0.00 | 1,203.67 |
| | Acct: 0324 | | | | |
| | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5036 | | | | |
| | CAPITAL ONE NA** | 2,953.79 | 600.49 | 0.00 | 600.49 |
| | Acct: 2908 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 9,265.05 | 1,883.52 | 0.00 | 1,883.52 |
| | Acct: 0626 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,615.95 | 328.51 | 0.00 | 328.51 |
| | Acct: 6180 | | | | |
| | NTB CREDIT PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6857 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN \ | 187.76 | 38.17 | 0.00 | 38.17 |
| | Acct: 2207 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5521 | | | | |
| | PNC BANK NA | 5,215.34 | 1,060.25 | 0.00 | 1,060.25 |
| | Acct: 5233 | | | | |
| | PNC BANK NA | 17,126.68 | 3,481.74 | 0.00 | 3,481.74 |
| | Acct: 1915 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 2,696.65 | 548.21 | 0.00 | 548.21 |
| | Acct: 8385 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 456.64 | 92.83 | 0.00 | 92.83 |
| | Acct: 1801 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 1,367.22 | 277.95 | 0.00 | 277.95 |
| | Acct: 6351 | | | | |
| | THOMAS H DAVIS | 12,182.93 | 2,476.71 | 0.00 | 2,476.71 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 511.45 | 103.98 | 0.00 | 103.98 |
| | Acct: 0001 | | | | |
| | WEST PENN POWER* | 411.98 | 83.76 | 0.00 | 83.76 |
| | Acct: 2068 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 147.45 | 29.98 | 0.00 | 29.98 |
| | Acct: 0001 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6180 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8385 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 13,987.22 |

TOTAL PAID TO CREDITORS                                                                                    106,540.18

17-25101 Page 3 of 3

```
TOTAL CLAIMED
   PRIORITY            0.00
   SECURED        12,495.91
   UNSECURED      68,803.03
```

Date: 10/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
 DALE MESTA
 AMY MESTA
  Debtor(s)

Ronda J. Winnecour
  Movant
   vs.
No Repondents.

Case No.:17-25101

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25101-CMB |
| Dale Mesta | Chapter 13 |
| Amy Mesta | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Mesta, Amy Mesta, 33 Ladera Drive, Bethel Park, PA 15102-1119 |
| 14749254 | + | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14749255 | + | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14749256 | + | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14749260 | + | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 26 2023 00:13:00 | Bethel Park School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 26 2023 00:13:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 00:12:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2023 00:13:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14749239 | + | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 00:19:30 | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14776214 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 00:20:34 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14782683 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 26 2023 00:14:00 | American Water, c/o Pennsylvania American Water, PO Box 371880, Pittsburgh, PA 15250-7880 |
| 14749240 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2023 00:12:00 | Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14749241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:20:34 | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14791503 | + | Email/Text: ebnjts@grblaw.com | Oct 26 2023 00:13:00 | Bethel Park School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 15219-6101 |
| 14749242 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 00:20:29 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14779172 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 00:20:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14776213 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 00:35:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14749244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:20:44 | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14780816 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:35:56 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14749249 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:20:36 | Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14982338 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14749245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:34 | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14749246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:20:06 | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14749243 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2023 00:20:32 | Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14749247 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2023 00:12:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14782917 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 00:20:08 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14749248 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:20:39 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14791502 | + | Email/Text: ebnjts@grblaw.com | Oct 26 2023 00:13:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14749250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:19:26 | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14749251 | | Email/Text: csc.bankruptcy@amwater.com | Oct 26 2023 00:14:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768115 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 00:12:00 | PNC, PO Box 94982, Cleveland, OH 44101 |
| 14749253 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 00:12:00 | PNC Bank, Po Box 747032, Pittsburgh, PA 15274 |
| 14749719 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2023 00:20:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14749252 | ^ | MEBN | Oct 26 2023 00:08:38 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14779208 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 00:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14749257 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:20:28 | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14749258 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:19:07 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14749259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:20:29 | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14749261 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 26 2023 00:13:00 | Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197 |
| 14767295 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 26 2023 00:13:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14784644 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2023 00:19:17 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14749262 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2023 00:12:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14749263 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 26 2023 00:14:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 14768126 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 26 2023 00:14:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768101 | *+ | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14768102 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14768103 | *+ | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14768104 | *+ | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14768106 | *+ | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14768111 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14768107 | *+ | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14768108 | *+ | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14768105 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14768109 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14768110 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768112 | *+ | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14768113 | * | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768116 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 747032, Pittsburgh, PA 15274 |
| 14768117 | *+ | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14768118 | *+ | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14768119 | *+ | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14768114 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14768120 | *+ | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14768121 | * | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14768122 | *+ | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14768124 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197 |
| 14768123 | *+ | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |
| 14768125 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |

TOTAL: 1 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 46 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Dale Mesta julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Amy Mesta julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9