| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dale Mesta | Social Security number or ITIN  xxx–xx–7864 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Amy Mesta | Social Security number or ITIN  xxx–xx–6048 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–25101–CMB | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dale Mesta                                                      Amy Mesta

12/20/23                                          **By the court:** Carlota M Bohm
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                           page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dale Mesta  
Amy Mesta  
    Debtors

Case No. 17-25101-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 20, 2023      Form ID: 3180W      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Mesta, Amy Mesta, 33 Ladera Drive, Bethel Park, PA 15102-1119 |
| 14749254 | + | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14749255 | + | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14749256 | + | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14749260 | + | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Bethel Park School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | EDI: Q3G.COM | Dec 21 2023 04:52:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14749239 | + | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:23:03 | American Express, Po Box 1270, Newark, NJ |

Case 17-25101-CMB   Doc 228   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | 07101-1270 |
| 14776214 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:22:58 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14782683 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 21 2023 00:01:00 | American Water, c/o Pennsylvania American Water, PO Box 371880, Pittsburgh, PA 15250-7880 |
| 14749240 | | EDI: BANKAMER | Dec 21 2023 04:52:00 | Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14749241 | + | EDI: CITICORP | Dec 21 2023 04:52:00 | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14791503 | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Bethel Park School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14749242 | + | EDI: CAPITALONE.COM | Dec 21 2023 04:52:00 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14779172 | | EDI: CAPITALONE.COM | Dec 21 2023 04:52:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14776213 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:22:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14749244 | + | EDI: CITICORP | Dec 21 2023 04:52:00 | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14780816 | | EDI: CITICORP | Dec 21 2023 04:52:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14749249 | | EDI: CITICORP | Dec 21 2023 04:52:00 | Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14982338 | | EDI: Q3G.COM | Dec 21 2023 04:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14749245 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14749246 | + | EDI: CITICORP | Dec 21 2023 04:52:00 | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14749243 | | EDI: JPMORGANCHASE | Dec 21 2023 04:52:00 | Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14749247 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2023 00:00:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14782917 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:22:58 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14749248 | | EDI: SYNC | Dec 21 2023 04:52:00 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14791502 | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14749250 | + | EDI: CITICORP | Dec 21 2023 04:52:00 | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14749251 | | Email/Text: csc.bankruptcy@amwater.com | Dec 21 2023 00:01:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768115 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC, PO Box 94982, Cleveland, OH 44101 |
| 14749253 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Bank, Po Box 747032, Pittsburgh, PA 15274 |
| 14749719 | + | EDI: RECOVERYCORP.COM | | |

Case 17-25101-CMB   Doc 228   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 48 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 21 2023 04:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14749252 | ^ | MEBN | Dec 20 2023 23:59:20 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14779208 | | EDI: Q3G.COM | Dec 21 2023 04:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14749257 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14749258 | | EDI: SYNC | Dec 21 2023 04:52:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14749259 | + | EDI: SYNC | Dec 21 2023 04:52:00 | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14749261 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 21 2023 00:01:00 | Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197-5855 |
| 14767295 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 21 2023 00:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14784644 | | EDI: AIS.COM | Dec 21 2023 04:52:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14749262 | | EDI: VERIZONCOMB.COM | Dec 21 2023 04:52:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14749263 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 21 2023 00:01:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 14768126 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 21 2023 00:01:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768101 | *+ | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14768102 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14768103 | *+ | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14768104 | *+ | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14768106 | *+ | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14768111 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14768107 | *+ | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14768108 | *+ | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14768105 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14768109 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14768110 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768112 | *+ | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14768113 | * | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768116 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 747032, Pittsburgh, PA 15274 |
| 14768117 | *+ | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14768118 | *+ | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14768119 | *+ | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14768114 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14768120 | *+ | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14768121 | * | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |

Case 17-25101-CMB    Doc 228    Filed 12/22/23    Entered 12/23/23 00:28:59    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 48 |

| 14768122 | *+ | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14768123 | *+ | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |
| 14768124 | *+ | Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197-5855 |
| 14768125 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |

TOTAL: 1 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Bethel Park School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com

Julie Frazee Steidl
on behalf of Debtor Dale Mesta julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Julie Frazee Steidl
on behalf of Joint Debtor Amy Mesta julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9