IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DALE MESTA
AMY MESTA
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-25101

Chapter 13

Document No.:  215

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_20th\_\_\_ day of \_\_\_December\_\_\_, 20\_23\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/20/23 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm* dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25101-CMB |
| Dale Mesta | Chapter 13 |
| Amy Mesta | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Mesta, Amy Mesta, 33 Ladera Drive, Bethel Park, PA 15102-1119 |
| 14749254 | + | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14749255 | + | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14749256 | + | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14749260 | + | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Bethel Park School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14749239 | + | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:22:58 | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14776214 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 01:01:05 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14782683 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 21 2023 00:01:00 | American Water, c/o Pennsylvania American Water, PO Box 371880, Pittsburgh, PA 15250-7880 |
| 14749240 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 21 2023 00:00:00 | Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14749241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:23:16 | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14791503 | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Bethel Park School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 15219-6101 |
| 14749242 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 00:23:38 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14779172 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 00:23:40 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14776213 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:34:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14749244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:23:13 | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14780816 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:23:03 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14749249 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:22:58 | Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14982338 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14749245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:23:16 | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14749246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:23:40 | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14749243 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2023 00:09:17 | Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14749247 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2023 00:00:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14782917 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:23:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14749248 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:10:41 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14791502 | + | Email/Text: ebnjts@grblaw.com | Dec 21 2023 00:00:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14749250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:23:30 | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14749251 | | Email/Text: csc.bankruptcy@amwater.com | Dec 21 2023 00:01:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768115 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC, PO Box 94982, Cleveland, OH 44101 |
| 14749253 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Bank, Po Box 747032, Pittsburgh, PA 15274 |
| 14749719 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2023 00:10:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14749252 | ^ | MEBN | Dec 20 2023 23:59:20 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14779208 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2023 00:01:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14749257 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 01:11:31 | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14749258 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:49:51 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14749259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:10:36 | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |

Case 17-25101-CMB   Doc 229   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14749261 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 21 2023 00:01:00 | Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197-5855 |
| 14767295 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 21 2023 00:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14784644 | | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2023 00:23:40 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14749262 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 21 2023 00:00:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14749263 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 21 2023 00:01:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 14768126 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 21 2023 00:01:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768101 | *+ | American Express, Po Box 1270, Newark, NJ 07101-1270 |
| 14768102 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 15019, Wilmington, DE 19886 |
| 14768103 | *+ | Best Buy Credit Services, Po Box 9001007, Louisville, KY 40290-1007 |
| 14768104 | *+ | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 14768106 | *+ | Citi Bank, Po Box 9001037, Louisville, KY 40290-1037 |
| 14768111 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, Po Box 78008, Phoenix, AZ 85062 |
| 14768107 | *+ | Dick's, Synchrony Bank/ROS, Po Box 960012, Orlando, FL 32896-0012 |
| 14768108 | *+ | Home Depot, Po Box 9001010, Louisville, KY 40290-1010 |
| 14768105 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember Serivce, Po Box 1423, Charlotte, NC 28201 |
| 14768109 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14768110 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14768112 | *+ | NTB Credit Plan, Po Box 9001006, Louisville, KY 40290-1006 |
| 14768113 | * | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14768116 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 747032, Pittsburgh, PA 15274 |
| 14768117 | *+ | PNC Everyday Rewards, P.O. box 856177, Louisville, KY 40285-6177 |
| 14768118 | *+ | PNC Flex Visa, PNC Bank, Po Box 856177, Louisville, KY 40285-6177 |
| 14768119 | *+ | PNC Home Equity, PNC Bank, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14768114 | * | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14768120 | *+ | Sam's Club/Synchrony Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 14768121 | * | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14768122 | *+ | Synchrony Bank/Levin, Po Box 960061, Orlando, FL 32896-0061 |
| 14768123 | *+ | Thomas Davis, 160 Highview Dr., Pittsburgh, PA 15241-1637 |
| 14768124 | *+ | Toyota, Toyota Financial Services, Po Box 5855, Carol Stream, IL 60197-5855 |
| 14768125 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |

TOTAL: 1 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 46 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Bethel Park School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com

Julie Frazee Steidl
on behalf of Debtor Dale Mesta julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Julie Frazee Steidl
on behalf of Joint Debtor Amy Mesta julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9